IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:09-CV-492-FL

| | |
|---|---|
| MCCARTHY IMPROVEMENT COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| VECELLIO & GROGAN, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## VECELLIO & GROGAN'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Defendant Vecellio & Grogan, Inc. makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?
   ( ) Yes                ( X ) No

2. Does party have any parent corporations?
   ( ) Yes                ( X ) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes                ( X ) No

   If yes, identify such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      ( ) Yes           ( X ) No

If yes, identify entity and nature of interest: _____
_____

This the 13th day of November, 2009.

    /s/ Kathryn S. Lehman
    Charles C. Meeker
    N.C. State Bar No. 6757
    Kathryn S. Lehman
    N.C. State Bar No. 32795
    Parker Poe Adams & Bernstein LLP
    1400 Wachovia Capitol Center
    150 Fayetteville Street
    P.O. Box 389
    Raleigh, NC  27602-0389
    Telephone:  (919) 828-0564
    Facsimile:   (919) 834-4564

    *Attorneys for Defendants Vecellio & Grogan, Inc. and United States Fidelity and Guaranty Company*

## CERTIFICATE OF SERVICE

    This is to certify that on this date I served the foregoing **VECELLIO & GROGAN'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** by depositing a copy of the same in the United States mail, postage prepaid and addressed as follows:

>William J. Wolf
>Bugg & Wolf, P.A.
>P.O. Box 2917
>Durham, NC  27715
>*Attorney for Plaintiff*

    This the 13th day of November, 2009.

>/s/ Kathryn S. Lehman
>Kathryn S. Lehman
>Parker Poe Adams & Bernstein LLP
>1400 Wachovia Capitol Center
>150 Fayetteville Street
>P.O. Box 389
>Raleigh, NC  27602-0389